**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph J. Supino | Social Security number or ITIN xxx–xx–3142 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Valerie A. Supino | Social Security number or ITIN xxx–xx–1307 |
| | First Name   Middle Name   Last Name | EIN __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–11559–JNP

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph J. Supino                                      Valerie A. Supino

5/4/17                                                **By the court:**   Jerrold N. Poslusny Jr.
                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 17-11559-JNP
Joseph J. Supino                                                 Chapter 7
Valerie A. Supino
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: May 04, 2017
                              Form ID: 318                Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db/jdb         +Joseph J. Supino,    Valerie A. Supino,    88 Erial Road,    Clementon, NJ 08021-4446
516612682      +ACT,    PO Box 400,    Moorestown, NJ 08057-0400
516612683      +AMCOL Systems Inc,     PO Box 21625,    Columbia, SC 29221-1625
516612684       Apex Asset Management LLC,     PO Box 5407,    Lancaster, PA 17606-5407
516612688      +Borough of Clementon,     101 Gibbsboro Rd.,    Clementon, NJ 08021-4035
516612689      +Bowman Home Medical & Resp. Service,     26 Walnut Ave.,    Pitman, NJ 08071-1008
516612690       C. Tech Collections, Inc.,     PO Box 402,    Mount Sinai, NY 11766-0402
516612694      +Diagnostic Pathology Consultants,     175 Madison Avenue,    Mt. Holly, NJ 08060-2038
516612695       Ditech,    PO Box 7169,    Pasadena, CA 91109-7169
516612696       Emergency Care Services of NJ,     c/o HRRG,    PO Box 5406,    Cincinnati, OH 45273-7942
516612698       Emergency Phy. Assoc. of S. Jersey,     c/o HRRG,    PO Box 5406,    Cincinnati, OH 45273-7942
516612697       Emergency Phy. Assoc. of S. Jersey,     c/o ARS,    PO Box 630806,    Cincinnati, OH 45263-0806
516670235       Eric Bennett,    c/o Grungo Colarulo, Esq.,    1940 NJ 70,    Cherry Hill, NJ 08003
516670236      +Horizon Blue Cross/Blue Shield,     PO Box 10193,    Newark, NJ 07101-3117
516612700      +Individualized Treatment Tech Labs,     PO Box 896118,    Charlotte, NC 28289-6118
516612701       Inspira Medical Center Woodbury,     PO Box 95000-7130,    Philadelphia, PA 19195-7130
516612702      +Joshua Morgan,    c/o Govt Employee Insurance Company,     One Geico Plaza,
                 Washington, DC 20076-0003
516612703       Kennedy University Hospital,     PO Box 48023,    Newark, NJ 07101-4823
516612704      +Lafferty Family Chiropractor,     403 Commerce Ln.,    #1,    West Berlin, NJ 08091-2513
516612705       Lourdes Cardiology Services, PC,     PO Box 824699,    Philadelphia, PA 19182-4699
516612706       NovaCare,    PO Box 824291,    Philadelphia, PA 19182-4291
516612707      +Phyllis Pettis,    c/o High Point Property & Casualty Ins.,     PO Box 906,
                 Lincroft, NJ 07738-0906
516612708      +Premier Physician Network,     1415 Marlton Pike E.,    Suite LL-5,    Cherry Hill, NJ 08034-2229
516612709      +Pulmonary & Sleep Assoc. of SJ,     107 Berlin Rd.,    Cherry Hill, NJ 08034-3526
516612710       Radiology Assoc. of NJ,     PO Box 371863,    Pittsburgh, PA 15250-7863
516612711      +Regional Sewer Service,     PO Box 1105,    Bellmawr, NJ 08099-5105
516612712      +Rowan SOM,    Faculty Practice Plan,    PO Box 635,    Bellmawr, NJ 08099-0635
516612713      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516612714      +South Jersey Pain Consultants, LLC,     525 Route 73 S.,    Ste. 103,    Marlton, NJ 08053-9643
516612715       Surgical Monitoring Svcs.,     PO Box 150497,    Dept 106027,    Hartford, CT 06115-0497
516612716       Thomas J. Marzili MD LLC,     128 Route 70,    Ste. 13,    Medford, NJ 08055-2371
516612718      +Virtua Health Berlin,     2 Brighton Rd.,    Clifton, NJ 07012-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM May 04 2017 22:23:00       Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2017 22:47:28       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2017 22:47:22       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516612685       EDI: AFNIRECOVERY.COM May 04 2017 22:23:00       AT&T,    c/o AFNI,    PO Box 3097,
                 Bloomington, IL 61702-3097
516612686       EDI: TSYS2.COM May 04 2017 22:23:00       Barclay Card,    PO Box 13337,
                 Philadelphia, PA 19101-3337
516612687      +EDI: TSYS2.COM May 04 2017 22:23:00       Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
516612691       EDI: CAPITALONE.COM May 04 2017 22:23:00       Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
516612692       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 04 2017 22:48:07        Comcast,
                 PO Box 3006,    Southeastern, PA 19398-3006
516612693      +E-mail/Text: CIGBankruptcyNotice@cumberlandgroup.com May 04 2017 22:48:26
                 Cumberland Mutual Fire Insurance Company,     PO Box556,    Bridgeton, NJ 08302-0486
516612699       E-mail/Text: bankruptcy.bnc@ditech.com May 04 2017 22:47:07       Green Tree Bankruptcy Dept.,
                 PO Box 6154,    Rapid City, SD 57709
516612717      +EDI: VERIZONWIRE.COM May 04 2017 22:23:00       Verizon Wireless,    PO Box 26055,
                 Minneapolis, MN 55426-0055
516612719      +E-mail/Text: bankruptcydepartment@tsico.com May 04 2017 22:48:18
                 Virtua West Jersey Hospital,    c/o NCO Financial Systems,    PO Box 15273,
                 Wilmington, DE 19850-5273
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin                Page 2 of 2                    Date Rcvd: May 04, 2017
                              Form ID: 318               Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
              Brian    Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Larry S. Byck    on behalf of Debtor Joseph J. Supino lbycklaw@comcast.net
              Larry S. Byck    on behalf of Joint Debtor Valerie A. Supino lbycklaw@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 5
```