UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Joseph J. Supino  
Valerie A. Supino  

Case No.: __17-11559__  
Chapter: __7__  
Judge: __JNP__

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse  401 Market Street  Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __June 6, 2017__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 88 Erial Road  Clementon, NJ  Value $136,141.00 |
|---|---|

| Liens on property: | Ditech  $100,00,948.00 |
|---|---|

| Amount of equity claimed as exempt: | $37,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     Brian S. Thomas, Chapter 7 Trustee  
Address:  327 Central Avenue, Suite 103, Linwood, NJ 08221  
Telephone No.: 609-601-6066

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                     Case No. 17-11559-JNP
Joseph J. Supino                                                           Chapter 7
Valerie A. Supino
        Debtors                            CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                    Date Rcvd: May 08, 2017
                               Form ID: pdf905              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db/jdb        +Joseph J. Supino,    Valerie A. Supino,    88 Erial Road,    Clementon, NJ 08021-4446
516612682     +ACT,   PO Box 400,    Moorestown, NJ 08057-0400
516612683     +AMCOL Systems Inc,    PO Box 21625,    Columbia, SC 29221-1625
516612684      Apex Asset Management LLC,    PO Box 5407,    Lancaster, PA 17606-5407
516612686      Barclay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
516612687     +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
516612688     +Borough of Clementon,    101 Gibbsboro Rd.,    Clementon, NJ 08021-4035
516612689     +Bowman Home Medical & Resp. Service,     26 Walnut Ave.,    Pitman, NJ 08071-1008
516612690      C. Tech Collections, Inc.,    PO Box 402,    Mount Sinai, NY 11766-0402
516612691      Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
516612694     +Diagnostic Pathology Consultants,     175 Madison Avenue,    Mt. Holly, NJ 08060-2038
516612695      Ditech,   PO Box 7169,    Pasadena, CA 91109-7169
516612696      Emergency Care Services of NJ,    c/o HRRG,    PO Box 5406,    Cincinnati, OH 45273-7942
516612697      Emergency Phy. Assoc. of S. Jersey,     c/o ARS,   PO Box 630806,    Cincinnati, OH 45263-0806
516612698      Emergency Phy. Assoc. of S. Jersey,     c/o HRRG,   PO Box 5406,    Cincinnati, OH 45273-7942
516670235      Eric Bennett,    c/o Grungo Colarulo, Esq.,    1940 NJ 70,    Cherry Hill, NJ 08003
516670236     +Horizon Blue Cross/Blue Shield,    PO Box 10193,    Newark, NJ 07101-3117
516612700     +Individualized Treatment Tech Labs,     PO Box 896118,    Charlotte, NC 28289-6118
516612701      Inspira Medical Center Woodbury,    PO Box 95000-7130,     Philadelphia, PA 19195-7130
516612702     +Joshua Morgan,    c/o Govt Employee Insurance Company,     One Geico Plaza,
                Washington, DC 20076-0003
516612703      Kennedy University Hospital,    PO Box 48023,    Newark, NJ 07101-4823
516612704     +Lafferty Family Chiropractor,    403 Commerce Ln.,    #1,    West Berlin, NJ 08091-2513
516612705      Lourdes Cardiology Services, PC,    PO Box 824699,    Philadelphia, PA 19182-4699
516612706      NovaCare,    PO Box 824291,    Philadelphia, PA 19182-4291
516612707     +Phyllis Pettis,    c/o High Point Property & Casualty Ins.,     PO Box 906,
                Lincroft, NJ 07738-0906
516612708     +Premier Physician Network,    1415 Marlton Pike E.,    Suite LL-5,    Cherry Hill, NJ 08034-2229
516612709     +Pulmonary & Sleep Assoc. of SJ,    107 Berlin Rd.,    Cherry Hill, NJ 08034-3526
516612710      Radiology Assoc. of NJ,    PO Box 371863,    Pittsburgh, PA 15250-7863
516612711     +Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
516612712     +Rowan SOM,   Faculty Practice Plan,     PO Box 635,    Bellmawr, NJ 08099-0635
516612713     +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516612714     +South Jersey Pain Consultants, LLC,     525 Route 73 S.,    Ste. 103,    Marlton, NJ 08053-9643
516612715      Surgical Monitoring Svcs.,    PO Box 150497,    Dept 106027,    Hartford, CT 06115-0497
516612716      Thomas J. Marzili MD LLC,    128 Route 70,    Ste. 13,    Medford, NJ 08055-2371
516612717     +Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
516612718     +Virtua Health Berlin,    2 Brighton Rd.,    Clifton, NJ 07012-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 08 2017 23:05:44      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2017 23:05:40      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516612685      E-mail/Text: EBNProcessing@afni.com May 08 2017 23:05:50      AT&T,    c/o AFNI,    PO Box 3097,
                Bloomington, IL 61702-3097
516612692      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 08 2017 23:06:18       Comcast,
                PO Box 3006,    Southeastern, PA 19398-3006
516612693     +E-mail/Text: CIGBankruptcyNotice@cumberlandgroup.com May 08 2017 23:06:38
                Cumberland Mutual Fire Insurance Company,     PO Box556,    Bridgeton, NJ 08302-0486
516612699      E-mail/Text: bankruptcy.bnc@ditech.com May 08 2017 23:05:16      Green Tree Bankruptcy Dept.,
                PO Box 6154,    Rapid City, SD 57709
516612719     +E-mail/Text: bankruptcydepartment@tsico.com May 08 2017 23:06:35
                Virtua West Jersey Hospital,    c/o NCO Financial Systems,    PO Box 15273,
                Wilmington, DE 19850-5273
                                                                                                TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 08, 2017
                              Form ID: pdf905          Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2017 at the address(es) listed below:
          Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Larry S. Byck    on behalf of Debtor Joseph J. Supino lbycklaw@comcast.net
          Larry S. Byck    on behalf of Joint Debtor Valerie A. Supino lbycklaw@comcast.net
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 6
```